**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DON MERCELEANY R. MAXWELL/G-DOFFEE,
ADC #108778                                                                                      PLAINTIFF

v.                                                   5:14CV00077-DPM-JTK

SANDRA PEREZ, et al.                                                                      DEFENDANTS

**ORDER**

By Order dated March 17, 2014, this Court directed the issuance of summons and service

of Plaintiff's Complaint on Defendants (Doc. No. 4).  Summons was returned, unexecuted, with

respect to Defendants Perez and Brown on May 27, 2014 (Doc. Nos. 16, 20).  Included with Perez's

return and filed under seal is a memo containing her last-known address (Doc. No. 16); however,

Defendants indicate they are not able to identify Defendant Brown with the information provided

by Plaintiff (Doc. No. 20, p. 3.)  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the

Defendant Sandra Perez, and the United States Marshal is hereby directed to serve a copy of the

summons and Complaint (Doc. No. 2) on Defendant Perez at the address provided under seal,

without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that Plaintiff shall file additional identifying information about

Defendant Brown within thirty days of the date of this Order.

IT IS SO ORDERED this 29th day of May, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1