### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE
ADC #108778                                                                PLAINTIFF

v.                              No. 5:14-cv-77-DPM-JTK

SANDRA PEREZ, Nurse, Corizon, ADC Medical
Providers; JOHN DOE, W/M Nurse, Corizon, ADC
Medical Providers; STEVENSON, Nurse, Corizon,
ADC Medical Providers; BOSTON, Nurse, Corizon,
ADC Medical Providers; JOHN DOES, Doctors, ADC,
Corizon Medical Providers, Maximum Security
Classification Officer, Dr. and Sick Call Processor,
B/M Correctional Officer; HUNTER, Nurse, ADC,
Corizon Medical Provider; ALVA M. GREEN/
MCDOWELL, Medical Staff, ADC, Corizon Medical
Provider; CHAMBER, CO-1, ADC Maximum
Security Unit; and STRICKLAND, Correctional
Officer, ADC Maximum Security Unit                             DEFENDANTS

### ORDER

The Court sees no legal error or abuse of discretion in Magistrate Judge

Kearney's rulings on the motion to take a deposition. FED. R. CIV. P. 72(a).

Plaintiff's appeal, № 54, fails; the challenged Orders, № 51 & 53, are affirmed.

So Ordered.

_WMMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_20 January 2015_