## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE
ADC #108778                                                          PLAINTIFF

v.                          No. 5:14-cv-77-DPM-JTK

SANDRA PEREZ, Nurse, Corizon, ADC Medical
Providers; JOHN DOE, W/M Nurse, Corizon, ADC
Medical Providers; STEVENSON, Nurse, Corizon,
ADC Medical Providers; BOSTON, Nurse, Corizon,
ADC Medical Providers; JOHN DOES, Doctors, ADC,
Corizon Merelical Providers, Maximum Security
Classification Officer, Dr. and Sick Call Processor,
B/M Correctional Officer; HUNTER, Nurse, ADC,
Corizon Medical Provider; ALVA M. GREEN/
MCDOWELL, Medical Staff, ADC, Corizon Medical
Provider; CHAMBER, CO-1, ADC Maximum
Security Unit; and STRICKLAND, Correctional
Officer, ADC Maximum Security Unit              DEFENDANTS

### ORDER

After *de novo* review, the Court adopts Magistrate Judge Kearney's
recommendation, № 83. FED. R. CIV. P. 72(b)(3).   Maxwell/G-Doffee's
objections, № 84, are overruled.  Motions for summary judgment, № 63 & 66,
granted.  Maxwell/G-Doffee's claims against all Defendants are dismissed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

_19 May 2015_