IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE
ADC #108778                                                                                    PLAINTIFF

v.                                       No. 5:14-cv-77-DPM

SANDRA PEREZ, Nurse, Corizon, ADC Medical
Providers; JOHN DOE, W/M Nurse, Corizon, ADC
Medical Providers; STEVENSON, Nurse, Corizon,
ADC Medical Providers; BOSTON, Nurse, Corizon,
ADC Medical Providers; JOHN DOES, Doctors, ADC,
Corizon Medical Providers, Maximum Security
Classification Officer, Dr. and Sick Call Processor,
B/M Correctional Officer; HUNTER, Nurse, ADC,
Corizon Medical Provider; ALVA M. GREEN/
MCDOWELL, Medical Staff, ADC, Corizon Medical
Provider; CHAMBER, CO-1, ADC Maximum
Security Unit; and STRICKLAND, Correctional
Officer, ADC Maximum Security Unit                                                        DEFENDANTS

## JUDGMENT

1. Maxwell/G-Doffee's claims against John Does, and his retaliation claim against Chambers, are dismissed without prejudice.

2. Maxwell/G-Doffee's claims against Perez, Stevenson, Boston, Hunter, Green/Mcdowell, and Strickland, and all his remaining claims against Chambers, are dismissed with prejudice.


*[signature]*
D.P. Marshall Jr.
United States District Judge

19 May 2015