# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE
ADC #108778                                                    PLAINTIFF

v.                        No. 5:14-cv-77-DPM

SANDRA PEREZ, Nurse, Corizon, ADC Medical
Providers; JOHN DOE, W/M Nurse, Corizon, ADC
Medical Providers; STEVENSON, Nurse, Corizon,
ADC Medical Providers; BOSTON, Nurse, Corizon,
ADC Medical Providers; JOHN DOES, Doctors, ADC,
Corizon Medical Providers, Maximum Security
Classification Officer, Dr. and Sick Call Processor,
B/M Correctional Officer; HUNTER, Nurse, ADC,
Corizon Medical Provider; ALVA M. GREEN/
MCDOWELL, Medical Staff, ADC, Corizon Medical
Provider; CHAMBER, CO-1, ADC Maximum
Security Unit; and STRICKLAND, Correctional
Officer, ADC Maximum Security Unit                             DEFENDANTS

## ORDER

The Court directs Maxwell/G-Doffee to supplement his motion for leave to appeal *in forma pauperis*, № 88, with an updated certified copy of his trust fund account statement for the last six months.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 June 2015